UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-00508-SVW-JCG | Date | October 30, 2013 |
|---|---|---|---|
| Title | Drew Yacu v. All American Pharmaceutical and Natural Foods Inc | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER re: STIPULATION OF DISMISSAL [35]

( ) Case previously closed in error. Make JS-5.

( ) Case should have been closed on entry dated . Make JS-6.

( ) Case settled but may be reopened if settlement is not consummated within days. Make JS-6.

(X) Other: The case is dismissed pursuant to the stipulation filed on 10/29/2013.

( ) Entered:

:

Initials of Preparer     PMC